UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALPHONSO TARODD TANNER,

    Plaintiff,

v.                                            Case No. 3:24cv78-LC-HTC

SGT. FRENCH, et al.,

    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on February 27, 2024, (ECF No. 5), recommending dismissal of this case as frivolous and malicious because Plaintiff is a three-striker who should have paid the filing fee with the initiation of the action but failed to do so and, also, because Plaintiff failed to truthfully disclose his litigation history. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to pay the Court's filing fee and failure to truthfully disclose his litigation history.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 18th day of March, 2024.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:24cv78-LC-HTC